# EXHIBIT B



# NATIONAL HOCKEY LEAGUE

# Official Rules
# 2015-2016

© Copyright 2015 National Hockey League

All rights reserved. This book may not be reproduced in whole or in part in any form or by any means, electronic or mechanical, including photocopying, recording or by any information storage and retrieval system now known or hereafter invented, without written permission from the National Hockey League.

 

designated by the Manager or Coach of the offending team through the Captain. However, when the match penalty is coincidental with a match or major penalty to the opposing team, no player is required to proceed to the penalty bench to serve the goalkeeper's match penalty.

27.6 **Leaving Goal Crease** – A minor penalty shall be imposed on a goalkeeper who leaves the immediate vicinity of his crease during an altercation. In addition, he shall be subject to a fine of two hundred dollars ($200) and this incident shall be reported to the Commissioner for such further disciplinary action as may be required. However, should the altercation occur in or near the goalkeeper's crease, the Referee should direct the goalkeeper to a neutral location and not assess a penalty for leaving the immediate vicinity of the goal crease. Equally, if the goalkeeper is legitimately outside the immediate vicinity of the goal crease for the purpose of proceeding to the players' bench to be substituted for an extra attacker, and he subsequently becomes involved in an altercation, the minor penalty for leaving the crease would not be assessed.

In addition, during stoppages of play in the game, he must not proceed to his players' bench for the purpose of receiving a replacement stick or equipment or repairs thereto, or due to an injury, or to receive instructions, without first obtaining permission to do so from the Referee. Otherwise, he must be replaced by the substitute goalkeeper immediately (without any delay) or be assessed a bench minor penalty for delay of game.

27.7 **Participating in the Play Over the Center Red Line** - If a goalkeeper participates in the play in any manner (intentionally plays the puck or checks an opponent) when he is beyond the center red line, a minor penalty shall be imposed upon him. The position of the puck is the determining factor for the application of this rule.

27.8 **Restricted Area** – A goalkeeper shall not play the puck outside of the designated area behind the net. This area shall be defined by lines that begin six feet (6') from either goal post and extend diagonally to points twenty-eight feet (28') apart at the end boards. Should the goalkeeper play the puck outside of the designated area behind the goal line, a minor penalty for delay of game shall be imposed. The determining factor shall be the position of the puck. The minor penalty will not be assessed when a goalkeeper plays the puck while maintaining skate contact with his goal crease.

27.9 **Infractions – Unique to Goalkeepers** – Refer to the Reference Tables – Table 13 – Summary of Goalkeeper Penalties (page 141) for a list of the infractions that shall result in a penalty to the goalkeeper (see specific rule numbers for complete descriptions).

## Rule 28 – Supplementary Discipline

28.1 **Supplementary Discipline** - In addition to the automatic fines and suspensions imposed under these rules, the Commissioner may, at his discretion, investigate any incident that occurs in connection with any Pre-season, Exhibition, League or Playoff game and may assess

 
additional fines and/or suspensions for any offense committed during the course of a game or any aftermath thereof by a player, goalkeeper, Trainer, Manager, Coach or non-playing Club personnel or Club executive, whether or not such offense has been penalized by the Referee.

If an investigation is requested by a Club or by the League on its own initiative, it must be initiated within twenty-four (24) hours following the completion of the game in which the incident occurred.

28.2 **Pre-Season and Exhibition Games** - Whenever suspensions are imposed as a result of infractions occurring during pre-season and exhibition games, the Commissioner shall exercise his discretion in scheduling the suspensions to ensure that no team shall be short more players in any regular League game than it would have been had the infractions occurred in regular League games.

## Rule 29 – Signals

| | | | |
|---|---|---|---|
| 29.1 | Boarding | Striking the clenched fist of one hand into the open palm of the opposite hand in front of the chest. |  |
| 29.2 | Butt-ending | Moving the forearm, fist closed, under the forearm of the other hand held palm down. |  |
| 29.3 | Charging | Rotating clenched fists around one another in front of the chest. |  |
| 29.4 | Checking from behind | A forward motion of both arms, with the palms of the hands open and facing away from the body, fully extended from the chest at shoulder level. |  |

 

SECTION 5 – OFFICIALS

## Rule 40 – Physical Abuse of Officials

40.1 **Game Misconduct** - Any player who deliberately applies physical force in any manner against an official, in any manner attempts to injure an official, physically demeans, or deliberately applies physical force to an official solely for the purpose of getting free of such an official during or immediately following an altercation shall receive a game misconduct penalty. In addition, the following (**40.2, 40.3, 40.4**) disciplinary penalties shall apply.

40.2 **Automatic Suspension – Category I** - Any player who deliberately strikes an official and causes injury or who deliberately applies physical force in any manner against an official with intent to injure, or who in any manner attempts to injure an official shall be automatically suspended for not less than twenty (20) games. (For the purpose of the rule, "intent to injure" shall mean any physical force which a player knew or should have known could reasonably be expected to cause injury.)

40.3 **Automatic Suspension – Category II** - Any player who deliberately applies physical force to an official in any manner (excluding actions as set out in Category I), which physical force is applied without intent to injure, or who spits on an official, shall be automatically suspended for not less than ten (10) games.

40.4 **Automatic Suspension – Category III** - Any player who, by his actions, physically demeans an official or physically threatens an official by (but not limited to) throwing a stick or any other piece of equipment or object at or in the general direction of an official, shooting the puck at or in the general direction of an official, spitting at or in the general direction of an official, or who deliberately applies physical force to an official solely for the purpose of getting free of such an official during or immediately following an altercation shall be suspended for not less than three (3) games.

40.5 **Automatic Suspension – Process** - Immediately after the game in which such game misconduct penalty is imposed, the Referees shall, in consultation with the Linesmen, decide the category of the offense. They shall make a verbal report to the League's Director of Hockey Operations and advise of the category and of the offense. In addition, they shall file a written report to the Director of Hockey Operations in which they may request a review as to the adequacy of the suspension. The NHLPA, the player and the Club involved shall be notified of the decision of the Referees on the morning following the game. The League will then hold a conference call with the NHLPA to review the Referees application of this rule, and will refrain from issuing public comment affirming the Referees application of Rule **40** until that call is complete.

The player or the officials may request the Commissioner to review, subject to the provisions of this rule, the penalty imposed by the Referees. Such request must be filed with the Commissioner in writing not later than seventy-two (72) hours following notification of the penalty.

If a review of the incident is requested by either the player or by

 
the officials, a hearing will be conducted by the Commissioner on an expedited basis, and best efforts will be used to provide a hearing before the second game missed by the player due to the automatic suspension imposed under this rule. The player's suspension shall continue pending the outcome of the hearing by the Commissioner.

For Category III offenses only, the Commissioner may conduct the hearing by telephone. For Category I and II offenses, the hearing shall be conducted in person.

After any review as called for hereby, the Commissioner shall issue an order that:

(i) *sustaining the minimum suspension, or*
(ii) *increasing the number of games within the category, or*
(iii) *changing to a lower category, or*
(iv) *changing to a lower category and increasing the number of games within this category, or*
(v) *in the case of a Category III suspension only, reducing the number of games of the suspension.*

The penalties imposed under this rule shall not be deemed to limit the right of the Commissioner with respect to any action that he might otherwise take pursuant to Article 18 of the CBA.

40.6 **Supplementary Discipline** - In the event that the player has committed more than one offense under this rule, in addition to the penalties imposed under this offense, his case shall be referred to the Commissioner of the League for consideration of supplementary disciplinary action.

40.7 **Coach or Non-Playing Club Personnel** - Any Manager, Coach or non-playing Club personnel who holds or strikes an official shall be automatically suspended from the game, ordered to the dressing room and the matter will be reported to the Commissioner for further disciplinary action.

40.8 **Police Protection and Security** - All Clubs shall provide adequate police or other protection for all players, goalkeepers and officials at all times.

The Referee shall report to the Commissioner any failure of this protection observed by him or reported to him with particulars of such failure.